UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-0820

\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LODGED \_\_\_ RECEIVED

FEB 05 2001

February 5, 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

MEMORANDUM TO COUNSEL RE:     Bellard v. Internal Revenue Service
                              Civil No. AMD 00-1012

    I have calendared a pre-trial conference in this case, which is scheduled for non-jury trial on Monday, March 5, 2001, for Wednesday, February 21, 2001, at 2:00 p.m., in chambers. Please submit any pre-trial memoranda and proposed findings, if any, on or before February 20, 2001. If any of counsel would prefer to participate by telephone, please advise me promptly.

    Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

