UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HILLARY C. BELLARD, et al.,<br>    Plaintiffs<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br>    Defendant | CIVIL ACTION NO. AMD-00-CV-1012 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED that the above action is DISMISSED, without prejudice, each party to bear its own costs, including attorney's fees.

_____
CHARLES H. KEEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6536
Federal Bar No. 10943

OF COUNSEL:

STEPHEN M. SCHENNING
United States Attorney
8th Floor, U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Telephone: (410) 962-4822
 Counsel for Internal Revenue Service

_____
GERALD W. KELLY, JR.
Frank and Associates, P.C.
7272 Wisconsin Avenue
Suite 310
Bethesda, MD 20814
Telephone: (301) 652-0800
Bar No. 013836
 Counsel for Plaintiffs

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

FEB 21 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

SO ORDERED THIS  2-1st  DAY OF  Feb.  , 2001.

_____
UNITED STATES DISTRICT JUDGE